AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>[1] Philip C. Vogel, II, (DOB: XXXXXXXXX) (AKA: Flip)<br>[2] Debra J. Maimone, (DOB: XXXXXXXX)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00305<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/12/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 641—Theft of Property ($1,000 or less)
18 U.S.C. § 1752(a)(1) and (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G)—Violent Entry and Disorderly Conduct on Capitol Grounds;

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Mark Brundage, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/12/2021

_Judge's signature_

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_